THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,<br>Plaintiffs,<br><br>v.<br><br>DBE ELECTRIC, INC., a Washington corporation,<br>Defendant. | NO. C17-469-RSL<br><br>STIPULATION AND ORDER FOR ENTRY OF JUDGMENT |

THE PARTIES above named, through their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiffs, and Mary Lerdahl, President of DBE Electric, Inc., Defendant, hereby stipulate for entry of Judgment in the above-referenced action.

DATED this ___ day of April, 2017.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

_____
Russell J. Reid, WSBA #2560
Attorney for Plaintiffs

DBE ELECTRIC, INC.

_____
Mary Lerdahl, President
Defendant

STIPULATION AND ORDER FOR ENTRY OF
JUDGMENT – C17-469-RSL
Page 1 of 2
G:\104-01999\640 IUOE Trust\DBE Electric 2-4312 10-16-1\Stipulated Judgment.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

## ORDER FOR ENTRY OF JUDGMENT

Based on the foregoing Stipulation of Plaintiffs and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs be and hereby are awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Locals 302 and 612, with which the Defendant has valid collective bargaining agreements, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period May 2016 and September 2016 through February 2017: for contributions of $51,737.44, for dues of $3,145.60, for liquidated damages of $6,231.29, for interest of $2,788.00, for attorneys' fees of $141.00, and for costs of $400.00, all for a total of $64,443.33, together with interest accruing thereupon at the rate of twelve percent (12%) per annum from the date of entry hereof until fully paid.

JUDGMENT ENTERED this 24th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

Presented for Entry by:

_____
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiffs

STIPULATION AND ORDER FOR ENTRY OF
JUDGMENT – C17-469-RSL
Page 2 of 2
G:\101-019991540 IUOE Trust\OBE Electric 24312 10-16-1\Stipulated Judgment.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925